UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LLOYD KING,

      Plaintiff,

v.                                        CASE NO. 6:06-cv-1466-Orl-28KRS

STATE OF FLORIDA,

      Defendant.

_____

## ORDER

This case is before the Court on the following matters:

1.      Plaintiff, an inmate of the Florida penal system proceeding pro se, filed a document which has been construed as a civil rights complaint (Doc. No. 1). The complaint is rambling, disjointed, and difficult to decipher. The complaint does not state a claim within the jurisdiction of the federal court. A federal district court must have at least one of three types of subject matter jurisdiction: (1) jurisdiction under a specific statutory grant; (2) federal question jurisdiction pursuant to 28 U.S.C. § 1331; or (3) diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). *Baltin v. Alaron Trading Corp.*, 128 F.3d 1466, 1469 (11th Cir. 1997).

Because Plaintiff has failed to set forth his claim adequately, he will be required to submit an **amended complaint.** The amended complaint must (1) include a description of the basis for this Court's jurisdiction over Plaintiff's claims; (2) identify the defendant(s); (3) describe the action or inaction of each defendant; and (4) identify how Plaintiff was harmed. After completing the new form, Plaintiff should mail it to the Court with a copy for each defendant.

Plaintiff shall amend his complaint as described above **within ELEVEN (11) DAYS** from the date of this Order. **Plaintiff is advised that failure to fully comply with this Order will result in the dismissal of this action without further notice.**

2.      The notes that the complaint contains blood and other bodily fluids. The filing of documents with such contaminants compromises the safety and well-being of employees of the Courts and will not be tolerated. The document has been scanned and made a part of the electronic file of this case. Therefore, the Clerk of the Court is directed to destroy the original document filed by Plaintiff. Plaintiff is advised that any other documents submitted to the Court for filing that contain any contaminants will not be accepted. The Clerk of the Court is directed not to file any such documents and to return them to Plaintiff.

**DONE AND ORDERED** at Orlando, Florida this <u>29th</u> day of September, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
sa 9/29
Lloyd King

2